# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9268392 | HETZER | 4592 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/07/2021  0134 | CVC: 23152(a) |

**Place of Offense**
VANDEGRIFT BLVD, CAMP PENDLETON CA 92055

**Offense Description: Factual Basis for Charge** HAZMAT ☐
DUI

### DEFENDANT INFORMATION
Phone: 512-689-____

| Last Name | First Name | M.I. |
|---|---|---|
| WORK | KEEGAN | A |

Street Address: [redacted]

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| PJX4592 | TX | 14 | TOYOTA/HIGHLANDER | RED |

**APPEARANCE IS REQUIRED**
☒ A  If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
☐ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 221 WEST BROADWAY, SAN DIEGO, CA 92101

Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy
ENC: 3

*9268392*  145896  CCN: 03381

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/07/2021   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident